UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND,<br><br>        Plaintiff(s).<br><br>  v.<br><br>POWER CLEAN ENTERPRISES, INC..<br>        Defendant(s).<br>_____/ | No. C 06-3515 WDB<br><br>ORDER VACATING DATES |

Pursuant to the petitioners' letter, dated August 7, 2006, the Court VACATES all pending deadlines as well as the initial case management conference scheduled for August 29, 2006.

**By August 21, 2006,** petitioners must file with the court either (1) the fully executed settlement agreement and stipulation for conditional dismissal, or (2) a letter describing the status of those documents.

IT IS SO ORDERED.

Dated: August 8, 2006

                                             /s/ Wayne D. Brazil
                                           WAYNE D. BRAZIL
                                           United States Magistrate Judge

CC: Parties, WDB, Stats

1